UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 22CR01272-002-W |
| v. | ) ORDER |
| Rocky Jay Trinidad | ) |
| Defendant. | ) |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for April 3, 2023 is vacated and reset to May 15, 2023 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 2/26/23

Thomas J. Whelan
Senior U.S. District Judge

cc: all counsel of record